UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE: ) CASE NO: 19-44350-399
GLORIA ALLEN )
539 MONCEAU DR )
FERGUSON, MO 63135 ) Chapter 13
        Debtor )
)
)

## NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS

Comes now DIANA S. DAUGHERTY, Standing Chapter 13 Trustee in Bankruptcy herein and states to the Court that she has examined claims filed herein and proposes to pay filed claims in the amount and as part of the class all as described herein.

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| ROBERT E FAERBER<br>230 S BEMISTON<br>STE 600<br>CLAYTON, MO 63105 | 2,400.00 | 25/ADDITIONAL ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ROBERT E FAERBER<br>230 S BEMISTON<br>STE 600<br>CLAYTON, MO 63105 | 1,750.00 | 16/ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $97.23<br>INT RATE: 0.00 |
| MO DEPT OF REVENUE<br>PO BOX 475<br>BANKRUPTCY SECTION<br>JEFFERSON CITY, MO 65105-0475 | 2,858.43 | 20/Secured<br>ACCT: 1559<br>COMM: #16 60MO 09-12 14 15INC TAX LIEN<br>REG PYMT: $60.90<br>INT RATE: 7.00 |
| MO DEPT OF REVENUE<br>PO BOX 475<br>BANKRUPTCY SECTION<br>JEFFERSON CITY, MO 65105-0475 | 43.82 | 40/Unsecured<br>ACCT: 1559<br>COMM: #16 13 INC TAX<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| ACCOUNT RESOLUTION CORP<br>700 GODDARD AVE<br>CHESTERFIELD, MO  63005-1100 | 0.00 | 40/Unsecured<br>ACCT: 5257<br>COMM: ADVANCED ENDOSCOPY<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| AMERICAN FIRST FINANCE<br>PO BOX 3002<br>C/O BECKET & LEE LLP<br>MALVERN, PA  19355-0702 | 2,622.39 | 40/Unsecured<br>ACCT: 1492<br>COMM: #6/ROYAL FURNITURE<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ASHRO<br>1515 S 21ST ST<br>CLINTON, IA  53732-6676 | 0.00 | 40/Unsecured<br>ACCT: 6146<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| BARNES JEWISH HOSPITAL<br>7650 MAGNA DR<br>C/O FIRSTSOURCE<br>BELLEVILLE, IL  62223 | 0.00 | 40/Unsecured<br>ACCT: 8276<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| BJC HEALTH SYSTEMS<br>4249 CLAYTON AVE STE 420<br>ST LOUIS, MO  63110-1760 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ARC MGMT GROUP LLC<br>1940 LODGE RD NW<br>STE 220<br>KENNESAW, GA  30144 | 0.00 | 40/Unsecured<br>ACCT: 4710<br>COMM: BRIDGETON EMERGENCY<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| BROTHERS LOAN FINANCE CO<br>7621 W 63RD ST<br>SUMMIT ARGO, IL  60501-1811 | 0.00 | 40/Unsecured<br>ACCT: 1559<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | 302.38 | 40/Unsecured<br>ACCT: 7734<br>COMM: #8/CAPITAL ONE BANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CHRISTIAN HOSPITAL<br>7650 MAGNA DR<br>C/O FIRSTSOURCE ADVANTAGE<br>BELLEVILLE, IL 62223 | 0.00 | 40/Unsecured<br>ACCT: 0794<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC 29603-0587 | 774.93 | 40/Unsecured<br>ACCT: 2020<br>COMM: #12/CREDIT ONE<br>BANK/SHERMAN ORIGINATOR<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC 29603-0587 | 433.82 | 40/Unsecured<br>ACCT: 8327<br>COMM: #13/CREDIT ONE<br>BANK/SHERMAN ORIGINATOR<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DIRECTV LLC<br>PO BOX 5008<br>C/O AMERICAN INFOSOURCE LP<br>CAROL STREAM, IL 60197-5008 | 278.50 | 40/Unsecured<br>ACCT: 4358<br>COMM: #7<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PREMIER BANKCARD LLC<br>PO BOX 772813<br>C/O JEFFERSON CAPITAL SYSTEMS<br>CHICAGO, IL 60677-2813 | 1,013.61 | 40/Unsecured<br>ACCT: 9727<br>COMM: #5/JEFFERSON CAPITAL<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PREMIER BANKCARD LLC<br>PO BOX 772813<br>C/O JEFFERSON CAPITAL SYSTEMS<br>CHICAGO, IL 60677-2813 | 866.68 | 40/Unsecured<br>ACCT: 4991<br>COMM: #4/JEFFERSON CAPITAL<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| INTERNAL REVENUE SERV<br>PO BOX 7317<br>C/O MISSOURI CASES<br>PHILADELPHIA, PA  19101-7317 | 5,780.98 | 40/Unsecured<br>ACCT: 1559<br>COMM: #3/10-12'INC TAXES<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LENDUP<br>237 KEARNY ST<br>STE 372<br>SAN FRANCISCO, CA  94108-4502 | 0.00 | 40/Unsecured<br>ACCT: 3426<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| FIRST NATL COLLECTION<br>610 WALTHAM WAY<br>SPARKS, NV  89434-6695 | 0.00 | 40/Unsecured<br>ACCT: 8028<br>COMM: LOWES<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MIDWEST ACCEPTANCE CORP<br>1257 DOUGHERTY FERRY RD<br>PO BOX 9<br>VALLEY PARK, MO  63088-0009 | 28,455.81 | 40/Unsecured<br>ACCT: 1851<br>COMM: #2<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| NAVIENT SOLUTIONS LLC<br>PO BOX 4450<br>NAVIENT/US DEPT ED LOAN SVCING<br>PORTLAND, OR  97208-4450 | 11,724.45 | 40/Unsecured<br>ACCT: 1559<br>COMM: #15/S.LOAN<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| RISE CREDIT<br>4150 INTERNATIONAL PLZ<br>STE 400<br>FT WORTH, TX  76109 | 0.00 | 40/Unsecured<br>ACCT: 5643<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SE EMERGENCY PHYSICIANS<br>MEMPHIS<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440-1123 | 0.00 | 40/Unsecured<br>ACCT: 1559<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| SPECTRUM<br>1600 DUBLIN RD<br>COLUMBUS, OH  43215 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM: CBE<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SYSTEMS & SVCS TECHNOLOGIES<br>4315 PICKETT RD<br>ST JOSEPH, MO  64503 | 731.03 | 40/Unsecured<br>ACCT: 4735<br>COMM: #14/CIGPF I<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PYOD LLC<br>PO BOX 19008<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29602 | 344.87 | 40/Unsecured<br>ACCT: 2234<br>COMM: #1/SHERMAN ORIGINATOR III<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 670.86 | 40/Unsecured<br>ACCT: 8028<br>COMM: #11/CREDIT ONE BANK/SHERMAN ORIGINATOR<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 632.78 | 40/Unsecured<br>ACCT: 1350<br>COMM: #10/SHERMAN ORIGINATOR<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SYNCHRONY BANK<br>PO BOX 41031<br>C/O PRA RECEIVABLES MGMT<br>NORFOLK, VA  23541-1031 | 180.01 | 40/Unsecured<br>ACCT: 3923<br>COMM: #9/PAYPAL/GEMB<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

Dated: June 15, 2020
STL_NTCPAYCLM -- LQ

/s/ Diana S. Daugherty
_____
Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing document was filed electronically on June 15, 2020, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

    I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on June 15, 2020.

GLORIA ALLEN
539 MONCEAU DR
FERGUSON, MO 63135

/s/Diana S. Daugherty
_____
Diana S. Daugherty